UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
**RITA LIEBERMAN,**

                **Plaintiff,**

       **-against-**

**XOMETRY, INC.,**

                **Defendant.**

------------------------------------------------------------------ x

**22-CV-5547 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the Mediator's notice of settlement. ECF No. 15. It is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **November 18, 2022**

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**